O

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      )
   |                                )
12 |            Plaintiff,           )    SA 08-682M
   |                                )
13 |     v.                          )    ORDER OF DETENTION AFTER HEARING
   |                                )    (18 U.S.C. § 3142(i))
14 | ANTONIO BERNARDO CERON,        )
   |                                )
15 |            Defendant.           )
   |                                )
16

17                                   I.

18   A. ( ) On motion of the Government involving an alleged

19      1. ( ) crime of violence;

20      2. ( ) offense with maximum sentence of life imprisonment or death;

21      3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22          (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23      4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25      1. (X)   serious risk defendant will flee;

26      2. ( ) serious risk defendant will

27         a. ( ) obstruct or attempt to obstruct justice;

28         b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                                   Page 1 of 3

|   |   |
|---|---|
| 1 | II. |
| 2 | The Court finds no condition or combination of conditions will reasonable assure: |
| 3 | A. ( X )   appearance of defendant as required; and/or |
| 4 | B. ( ) safety of any person or the community; |
| 5 | III. |
| 6 | The Court has considered: |
| 7 | A. ( x ) the nature and circumstances of the offense; |
| 8 | B. ( x ) the weight of evidence against the defendant; |
| 9 | C. ( x ) the history and characteristics of the defendant; |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community. |
| 11 | IV. |
| 12 | The Court concludes: |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 14 |   |
| 15 | B. ( x )   History and characteristics indicate a serious risk that defendant will flee because: |
| 16-17 | **Defendant is undocumented. He has no ties to the community and no bail resources.** |
| 18 |   |
| 19 | C. ( ) A serious risk exists that defendant will: |
| 20 | 1. ( )   obstruct or attempt to obstruct justice; |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 22 |   |
| 23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 24 | provided in 18 U.S.C. § 3142 (e). |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: December 10, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)    - 3 -    Page 3 of 3